1   Richard L. Weiner (State Bar No. 123243)
    Law Office of Richard L. Weiner
2   27240 Turnberry Lane, Suite 200
3   Valencia, California  91355

4   Telephone:  (661) 362-0860
5   Facsimile:   (661) 362-0861

6   Attorneys for Plaintiff
7   Miriam Benzicron

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11  MIRIAM BENZICRON,                )  CASE NO. CV13-04537-CAS
12                                   )            (MRW)
13            Plaintiff,             )
                                     )
14       vs.                         )  COMPLAINT FOR:
15                                   )  1. TRADEMARK
    JULIAN LEDESMA, an Individual,   )     INFRINGEMENT;
16  doing business as The Sweat Shop,)  2. COMMON LAW,
17  The Sweat Shop L.A. and/or Sweat )     TRADEMARK
    Shop; SHAMINA ALIKHANI, an       )     INFRINGEMENT; and
18  Individual, doing business as The )  3. UNFAIR TRADE PRACTICES
19  Sweat Shop, The Sweat Shop L.A.  )     (CA B&P CODE § 17200)
    and/or Sweat Shop; THE SWEAT     )
20  SHOP GROUP, LLC, a California     )
21  Limited Liability Company, doing  )  JURY DEMAND
    business as The Sweat Shop, The   )
22  Sweat Shop L.A. and/or Sweat      )
23  Shop,                             )
                                      )
24            Defendants.             )
25  _____  )

26

27

28  ///

                              1
                COMPLAINT FOR TRADEMARK INFRINGEMENT

1    Plaintiff Miriam Benzicron ("MB") alleges:

2

3                    **JURISDICTION AND VENUE**

4

5        1.      This action arises under the trademark laws of the United

6    States, specifically 15 U.S.C. § 1051 et seq. and under state law governing

7    common law trademark rights.

8        2.      This court has jurisdiction of this matter under 28 U.S.C.

9    §§1331 and 1338, 15 U.S.C. § 1121 and, with respect to certain claims, 28

10   U.S.C. § 1367.

11       3.      Upon information and belief, Defendants Julian Ledesma,

12   Sharina Alikhani and The Sweat Shop Group, LLC regularly conduct and

13   solicit business, engage in other forms of conduct, and derive substantial

14   revenue from doing business, in this judicial district. Substantial events

15   relating to the claims alleged herein occurred and are occurring in this

16   judicial district, and on information and belief, potential witnesses reside in

17   this district.  Accordingly, venue is proper under 28 U.S.C. § 1391(b).

18

19                           **PARTIES**

20       4.      Plaintiff MB is an individual, residing at all times herein in the

21   County of Los Angeles, State of California. Plaintiff MB has a principal

22   place of business at 11049 Magnolia Blvd, No. 500, North Hollywood,

23   California 91601.

24       5.      Upon information and belief, Defendant Julian Ledesma ("JL")

25   is an individual, doing business as The Sweat Shop L. A., The Sweat Shop,

26   and/or Sweat Shop, residing at all times herein in the County of Los

27   Angeles, State of California, and doing business at 1503 North Cahuenga

28   Blvd., Los Angeles, California 90028.

                                        2

6.     Upon information and belief, Defendant Shamina Alikhani ("SA") is an individual, doing business as The Sweat Shop L. A., The Sweat Shop, and/or Sweat Shop, residing at all times herein in the County of Los Angeles, State of California, and doing business at 1503 North Cahuenga Blvd., Los Angeles, California 90028.

7.     Upon information and belief, Defendant The Sweat Shop Group, LLC ("SSG") is a California Limited Liability Company, doing business as The Sweat Shop L. A., The Sweat Shop, and/or Sweat Shop, at all times herein doing business at 1503 North Cahuenga Blvd., Los Angeles, California 90028.

8.     Plaintiff is informed and believes, and thereon alleges that at all times herein mentioned, each of the Defendants was the agent of each of the other Defendants, and in doing the things hereinafter mentioned, was acting within the scope of such agency and with the permission, authority and consent of the other Defendants.

## FACTUAL BACKGROUND

9.     Plaintiff MB reserved the name "The Sweat Shoppe" in Los Angeles County, State of California since at least May 5, 2010, has used the term "The Sweat Shoppe" name and mark in connection with providing health, fitness and exercise since at least as early as March 21, 2011, and owns the federal trademark registration for the name and mark consisting of the stylized text "The Sweat Shoppe", inside a circle design with the letter "A" stylized with a design of a water drop inside.

10.     On information and belief, Defendants JL, SA, and each of them, are not only essentially using Plaintiff MB's registered name and mark in connection with a health center, but Defendants, and each of them, are essentially also using the same logo as PLAINTIFF MB.

3

<u>Appearance of the "The Sweat Shoppe" Mark</u>

11.    Plaintiff MB owns U.S. Registration No. 4,087,030 for the name and term "The Sweat Shoppe" for health and fitness in IC 041, which was reserved in the County of Los Angeles, State of California at least as early as May 5, 2010, and used commercially at least as early as March 21, 2011. As illustrated below, U.S. Registration No. 4,087,030 consists of name "The Sweat Shoppe" prominently displayed in a circle with a design of a water drop inside. A copy of U.S. Registration No. 4,087,030 is attached hereto as Exhibit "1" and incorporated herein by this reference.



12.    On or about May 5, 2010, Plaintiff MB, in addition to having a Registered Trademark, caused to be filed and recorded in the County of Los Angeles, State of California, a fictitious business name statement for name "The Sweat Shoppe." A true and correct copy of the recorded fictitious business name statement for "The Sweat Shoppe" is attached hereto as Exhibit "2" and is incorporated herein by this reference.

13.    The image for The Sweat Shoppe and additional examples of Plaintiff MB's use of its registered mark are attached hereto as Exhibit "3" and is incorporated herein by this reference.

14.    On information and belief, on or about December 20, 2012, Defendants JL and SA, and each of them, filed a trademark application with the United States Patent and Trademark Office for the name and term

"The Sweat Shop L.A." using in its business operations an almost identical style and mark to Plaintiff MB's reserved and registered name and mark, as shown below:



(See trademark application serial no. 85808389 attached as Exhibit "4" and incorporated herein by this reference).  Also on information and belief, sometime this year Defendants JL and SA, and each of them, began using its infringing name and logo on its website which shows The Sweat Shop L.A. in a circle design, with a water drop inside.  A true and correct copy of Defendants website page is attached hereto as Exhibit "5" and is incorporated herein by this reference.

15.    According to Defendants JL and SA's application, "[t]he mark consists of the letters "The Sweat Shop L.A.".

16.    Defendants JL and SA's own description of the infringing "The Sweat Shop" name and mark and their use of the infringing logo in their business is substantially the same as Plaintiff's registration name and mark and Plaintiff's common law uses of its name and mark. In fact, Defendants JL and SA's Sweat Shop logo looks essentially the same as Plaintiff's logo, a circle with the name and a water drop inside. Plaintiff MB uses her logo in all aspects of her business, including in the studio location of the business, on the website and in all marketing and advertising materials. Such name, mark and logo of both Plaintiff MB and Defendants JL and SA are displayed in their respective studio locations, websites and in all marketing and advertising materials.

17.     Given that Defendants JL and SA, and each of them, seek to use Plaintiff's name and mark on a circular background, there has been multiple instances of actual confusion and there continues to be a strong likelihood of confusion in the future, particularly since both include the term "Sweat" and "Shop", inside of a circle with a water drop.

Use of "The Sweat Shoppe" Mark

18.     Plaintiff MB reserved the name "The Sweat Shoppe" in Los Angeles County, State of California at least as early as May 5, 2010, and has used The Sweat Shoppe mark in a circle logo with a water drop in interstate commerce for at least since 2011 continuously. In addition, Plaintiff MB has used The Sweat Shoppe name, mark and logo exclusively in connection with health and fitness for at least a year and eight months prior to the filing date of Defendants JL and SA's application. Plaintiff MB therefore also has common law rights in The Sweat Shoppe mark and logo superior to any rights of Applicant since a least as early as May 5, 2010.

19.     Plaintiff MB's services for health and fitness are commonly used by consumers in Los Angeles County, State of California and are identified using the name and mark "The Sweat Shoppe" inside of a circle with a water drop.

20.     Subsequent to Plaintiff MB obtaining her Registered name and mark, and after receiving a cease and desist demand from Plaintiff MB, Defendants JL and SA applied for a trademark with the United States Patent and Trademark Office for the name and term "The Sweat Shop L.A." Defendants JL and SA, and each of them, exploit "The Sweat Shop L.A." to consumers in the marketplace with a logo consisting of the name and water drop inside of a circle, which describes Plaintiff MB's registration and common law uses of the name and mark.

21.     There have been multiple instances of actual confusion in the marketplace by consumers and there continues to be a strong likelihood that consumers will be confused by the use of the "The Sweat Shop" name and mark in a circle by Defendants JL and SA in connection with health and fitness studios that are covered by or are closely related to Plaintiff's registered and common law mark.

22.     Plaintiff MB has invested substantial time, effort, and money in branding its reputation and in advertising and marketing of the services, equipment and experience offered under "The Sweat Shoppe" trademark.

23.     The Sweat Shoppe name and trademark in a circle with a water drop identifies Plaintiff's business and distinguish it from others. This mark has thus come to represent the superior quality of services and equipment provided by Plaintiff MB.

24.     On information and belief, Defendants JL and SA have been using the "Sweat Shop L.A." name and mark on a circular background with a water drop since on and after July 2012.

25.     On October 22, 2012, Plaintiff MB sent Defendants JL and SA a cease and desist notice regarding its infringement of Plaintiff MB's registered and common law name and mark.  A true and correct copy of the Cease and Desist Letter is attached hereto as Exhibit "6" and is incorporated herein by this reference.

26.     On or about December 20, 2012, unbeknownst to Plaintiff MB, Defendants JL and SA, and each of them, deliberately and willfully in disregard of Plaintiff MB's registered and common law name and mark, jointly filed their application for a trademark registration attached hereto as Ex. "4", and have deliberately and willfully continued using Plaintiff MB's registered and common law marks despite being notified that it was infringing.

COMPLAINT FOR TRADEMARK INFRINGEMENT

27.   On April 15, 2013, after discovering that Defendants had filed the trademark registration, a copy of which is attached hereto as Ex. "4", Plaintiff MB caused its attorney to send Defendants JL and SA a final cease and desist notice regarding its infringement of Plaintiff MB's registered and common law marks. A true and correct copy of the April 15, 2013, Cease and Desist Letter is attached hereto as Exhibit "7" and is incorporated herein by this reference.

28.   On information and belief, Defendants JL and SA, and each of them, despite having received two (2) notices to cease and desist, have deliberately and willfully continued using Plaintiff MB's registered and common law name, mark and logo in order to cause confusion amongst consumers and to gain a commercial advantage from Plaintiff MB's reputation.

## FIRST CAUSE OF ACTION
## [FOR TRADEMARK INFRINGEMENT AGAINST ALL DEFENDANTS]

29.   Plaintiff MB repleads, realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 28, inclusive, herein.

30.   Defendants JL and SA's action, jointly and severally, in continuing to utilize, display, and identify himself, herself and themselves with the trademark "The Sweat Shoppe", in a circle with a water drop, without the consent of Plaintiff MB, constitutes infringement of the registered trademark "The Sweat Shoppe" and has caused and continues to cause a likelihood of confusion, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

31.   By reason of the foregoing, Plaintiff MB has been injured in an amount not yet fully determined, but believed to be in excess of the

jurisdictional limit of this court, in an amount to be proven at the time of trial. In addition, as a result of Defendants' acts, jointly and severally, of trademark infringement, Plaintiff MB has suffered and will continue to suffer irreparable harm, and Plaintiff MB has no adequate remedy at law with respect to this injury. Unless the acts of trademark infringement are enjoined by this Court, Plaintiff MB will continue to suffer irreparable harm.

32.     Defendants actions, jointly and severally, have been knowing, intentional, wanton, and willful, entitling Plaintiff MB to damages, treble damages, profits, attorney fees, and the costs of this action.

### SECOND CAUSE OF ACTION
### [FOR COMMON LAW TRADEMARK INFRINGEMENT AGAINST ALL DEFENDANTS]

33.     Plaintiff MB repleads, realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 28, inclusive, herein.

34.     Defendants JL, SA and SSG's actions, jointly and severally, in continuing to utilize, display, and identify themselves with the trademark "The Sweat Shop" in a circle with a water drop constitutes infringement of Plaintiff MB's common law trademark, and has caused and continues to cause a likelihood of confusion, mistake, and deception as to source, sponsorship, affiliation or connection in the minds of the public.

35.     By reason of the foregoing, Plaintiff MB has been injured in an amount not yet fully determined, but believed to be in excess of the jurisdictional limit of this court, in an amount to be proven at the time of trial. In addition, as a result of Defendants' joint and several acts of trademark infringement, Plaintiff MB has suffered and will continue to suffer irreparable harm, and Plaintiff MB has no adequate remedy at law with

respect to this injury. Unless the acts of trademark infringement are
enjoined by this Court, Plaintiff MB will continue to suffer irreparable harm.

36.    Defendants' joint and several actions have been knowing,
intentional, wanton, and willful, entitling Plaintiff MB to damages, treble
damages, profits, attorney fees, and the costs of this action.

### THIRD CAUSE OF ACTION
### [FOR UNFAIR TRADE PRACTICES AGAINST ALL DEFENDANTS]

37.    Plaintiff MB repleads, realleges and incorporates herein by
reference each and every allegation contained in paragraphs 1 through 28,
inclusive, herein.

38.    Plaintiff MB brings this cause of action on her own behalf and
on behalf of the general public.

39.    As described above, Defendants JL, SA and SSG, and each of
them, have committed acts of unfair competition as defined by California
Business and Professions Code § 17200, et seq., by engaging in the
following practices:  (A) Misappropriating the name "The Sweat Shoppe"
from Plaintiff MB and knowingly and improperly using that name to their
advantage and to the detriment of Plaintiff MB in violation of the California
Uniform Trade Secrets Act; (B) Misappropriating the registered mark and
logo, as fully set forth above, from Plaintiff MB and knowingly and
improperly using that mark and logo to their advantage and to the detriment
of Plaintiff MB; (C)  Knowingly and fraudulently disregarding two (2) cease
and desist demands and concealing from Plaintiff after receipt of notice
from Plaintiff its application for a trademark knowing the intended mark
infringed on the name and mark previously registered to Plaintiff MB; (D)
Knowingly and intentionally causing multiple instances of actual confusion
to consumers in connection with infringing on the name and mark of

Plaintiff MB in the marketplace;  (E) Defendants conversion of the substantial investment of time, effort, and money Plaintiff MB expended and continues to expend in branding her registered name, mark, reputation and in advertising and marketing of the services, equipment and experience offered under the name, logo and mark "The Sweat Shoppe" for Defendants, and each of their own personal benefit and gain; and (F) falsely associating the infringing name and mark of the Defendants  in internet and mail advertising and marketing to the public.

40.    The unlawful and fraudulent business practices of Defendants, and each of them, as described herein, present a continuing threat to members of the public if not enjoined from continuing and not retroactively corrected. Plaintiff MB and other members of the general public have no other adequate remedy at law.

41.    Plaintiff MB also seeks an order directing Defendants, and each of them, to make full restitution to Plaintiff MB.

## PRAYER

**WHEREFORE**, Plaintiff MB prays for judgment against Defendants JL, SA and SSG, jointly and severally, as follows:

1.    For a judgment that the registered and common law name and trademark "The Sweat Shoppe"  and the words "Sweat" used together with "Shop" have been infringed by Defendants JL, SA and SSG, jointly and severally;

2.    Preliminary and permanent injunctions against Defendants' JL, SA and SSG continued infringement through the use of Plaintiff MB's name, logo and trademark, including against any use of words "The Sweat Shop", and/or "Sweat" and "Shop" together in any and all forms or spelling, in any or all of the Defendants' name in connection with any products, services, entity and/or commercial use whatsoever;

1         3.    For damages resulting from Defendants joint and several

2    trademark infringement, and trebling and/or enhancement of such damages

3    under the trademark laws as an exceptional case because of the knowing,

4    intentional, willful, and wanton nature of Defendants JL, SA and SSG's

5    conduct;

6         4.    For damages in an amount equal to the actual damages

7    suffered by Plaintiff MB as a result of the infringement, an amount equal to

8    the profits earned by Defendants JL, SA and/or SSG as a result of their

9    trademark infringement, and an amount equal to three times the monetary

10   award assessed in view of Defendants JL, SA and SSG's willful and

11   wanton infringement; pre-judgment interest and post-judgment interest;

12   reasonable attorney fees, as an exceptional case under 15 U.S.C. § 1117;

13        5.    An award of punitive damages for intentional and willful acts;

14        6.    For additional damages in an amount to be proven at trial;

15        7.    For attorney fees and costs of suit incurred herein; and

16        8.    For such other and further relief as the court may deem proper.

17

18   Dated: June 20, 2013           LAW OFFICE OF

19                              RICHARD L. WEINER

20

21                              By: _____

22                                 Richard L. Weiner

23                                 Attorneys for Plaintiff
                              Miriam Benzicron

24

25

26

27

28

1

<u>JURY DEMAND</u>

2         Plaintiff MB hereby demands a jury trial on all these claims in the

3   foregoing Complaint.

4

5   Dated: June 20, 2013                LAW OFFICE OF

6                                    RICHARD L. WEINER

7

8                                    By:

9                                    Richard L. Weiner

10                                   Attorneys for Plaintiff

                                 Miriam Benzicron

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

EXHIBIT "1"

14

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,087,030

Registered Jan. 17, 2012

Int. Cl.: 41

SERVICE MARK

PRINCIPAL REGISTER

BENZICRON, MIRIAM (UNITED STATES INDIVIDUAL)
5120 WILLOWCREST AVE
NORTH HOLLYWOOD, CA 91601

FOR: PROVIDING PHYSICAL FITNESS AND EXERCISE S-
CYCLING INSTRUCTION, IN CLASS 41 (U.S. CLS. 100, 101 ANᴅ ᴏᴛ).

FIRST USE 3-21-2011; IN COMMERCE 3-21-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHOPPE", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED TEXT "THE SWEAT SHOPPE" INSIDE A CIRCLE
DESIGN WITH THE LETTER "A" STYLIZED WITH A DESIGN OF A WATER DROP INSIDE.

SER. NO. 85-322,074, FILED 5-16-2011.

MARGERY A. TIERNEY, EXAMINING ATTORNEY



*David J. Kᴀppos*

Director of the United States Patent and Trademark Office

EXHIBIT "2"

X RETURN MAILING ADDRESS

LOS ANGELES
05/05/2010



*20100611749*

| | | |
|---|---|---|
| NAME: | **Signature Filing** | |
| ADDRESS: | **P.O. Box 1188** | |
| CITY: | **Monrovia** | STATE: **CA**   ZIP CODE: **91017** |

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

☒ Original- $23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT) ☐ New Filings- $23.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
☐ Refile- $18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
$4.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $4.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF TWO OWNERS

## The following person(s) is (are) doing business as:

*1.  **The Sweat Shoppe**                          2. **Nu Barre**

Print Fictitious Business Name(s)

**  **5120 Wilowcrest Avenue**

Street address of principal place of business                              Mailing address if different

**North Hollywood CA, 91601; Los Angeles**

City          State          Zip          COUNTY          City          State          Zip

Articles of Incorporation or Organization Number (if applicable):  AI #ON _____

*** REGISTERED OWNER(S):

1. **Miriam  Benzicron**                          2. _____

Full Name/Corp/LLC                                   Full Name/Corp/LLC

**5120 Willowcrest Ave**                          _____

Residence Address                                   Residence Address

**North Hollywood, CA 91601**                      _____

City          State          Zip          City          State          Zip

_____                          _____

If Corporation or LLC – Print State of Incorporation/Organization          If Corporation or LLC – Print State of Incorporation/Organization

3. _____                          4. _____

Full Name/Corp/LLC                                   Full Name/Corp/LLC

_____                          _____

Residence Address                                   Residence Address

_____                          _____

City          State          Zip          City          State          Zip

_____                          _____

If Corporation or LLC – Print State of Incorporation/Organization          If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
☒ an Individual      ☐ a General Partnership      ☐ a Limited Partnership      ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership      ☐ a Corporation      ☐ a Trust      ☐ Copartners
☐ Husband and Wife      ☐ Joint Venture      ☐ State or Local Registered Domestic Partners      ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on **N/A**

(Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANTS /CORP/LLC NAME (PRINT) **Miriam  Benzicron**                    TITLE **N/A**

REGISTRANT SIGNATURE _____

**If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.**

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON
WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE
IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS
OF A REGISTERED OWNER.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER
UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
  *I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*

*DEAN C. LOGAN, LOS ANGELES COUNTY CLERK*          BY: _____ **A. RUBALCAVA** _____ *, Deputy*

25801+

Rev. 06/2009          P.O. BOX 53592, LOS ANGELES, CA 90053-0592          PH: (562) 462-2177          WEB ADDRESS: LAVOTE..NET

17

EXHIBIT "3"

18













22

EXHIBIT "4"

23

Status Search SN 85808389

5/9/13

TSDR is currently experiencing a problem with the display of some mark images. The images themselves are unaffected and TESS is displaying them correctly. In addition, some PDF documents filed via TEAS, between April 29th and May 1st, are not displaying properly in TSDR. The USPTO is aware of these problems and they are being addressed by staff at the USPTO. We sincerely apologize for any inconvenience this may cause. We hope to have these problems resolved soon and appreciate your patience.

Print

# The Sweat Shop L.A.

Back to Search

## STATUS     DOCUMENTS

**Generated on:** This page was generated by TSDR on 2013-05-09 16:26:38 EDT

**Mark:** THE SWEAT SHOP L.A.

**Application Filing Date:** Dec. 20, 2012

**US Serial Number:** 85808389

**Register:** Principal

**Mark Type:** Service Mark

**Status:** Review prior to publication completed.

**Status Date:** May 03, 2013

**Publication Date:** Jun. 11, 2013

## Mark Information

**Mark Literal Elements:** THE SWEAT SHOP L.A.

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "L.A."

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

5/9/13

Status Search:SN 85808389

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Day spa and wellness services, namely, massage therapy and sauna services

**International Class(es):** 044 - Primary Class        **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 01, 2012        **Use in Commerce:** Jul. 12, 2012

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Ledesma, Julian

**Owner Address:** 1503 N. Cahuega Blvd
Los Angeles, CALIFORNIA 90028
UNITED STATES

**Legal Entity Type:** INDIVIDUAL        **Citizenship:** UNITED STATES

**Owner Name:** Alikhani, Shamina

**Owner Address:** 1503 N. Cahuega Blvd
Los Angeles, CALIFORNIA 90028
UNITED STATES

25

EXHIBIT "5"



# ABOUT US

**Owners and founders of Sweat Shop L.A., Shamina and Julian Ledesma are long time believers in Infrared Sauna therapy.**

In 2009, Shamina opened a holistic wellness center in Venice Beach, CA called The Detox Temple. There she offered infrared sauna therapy, colon hydrotherapy (colonics), whole body vibration therapy, massage therapy, yoga and comprehensive detox and weight loss plans. As a certified Holistic Health and Nutritional Practitioner, Shamina had a passion for natural health and healing. However, as a musician and friend to many people in the entertainment industry....she found that it was challenging for one to pursue all of their artistic/business ventures successfully and also find the time required daily to heal and maintain a healthy body and mind...

Upon meeting Julian, an architect, general contractor and real estate agent...they inspired one another to find a way to create a system where a healthy lifestyle and busy work schedule could be balanced. Thus, the Sweat Shop L.A. was born.

*Offering only Infrared Sauna and massage therapy, the Sweat Shop L.A. is designed to meet the needs of the busy urban dweller, the 9-5 working professional, the "always on the move actor", the "non-stop party musician", etc.. If you have 30 minutes to spare per day, you have the chance to detoxify your body, burn calories while sitting still, strengthen your cardiovascular system, beauty your complexion, speed up your metabolism, slow down your mind via infrared sauna therapy.*

At Sweat Shop LA, we believe healthy living extends beyond the human body. By keeping our environment healthy there are less toxins in the air and water meaning less toxins for your body to absorb. We are committed to helping you stay healthy while ensuring a healthy planet.

www.minalmusic.com
www.lifefoodorganic.com

27

EXHIBIT "6"

28

The Sweat Shoppe Group, LLC
11049 Magnolia Boulevard Suite 101
North Hollywood, CA 91601

October 22, 2012

The Sweat Shop LA
Attn.: Shamina and Julian Ledesma
1503 North Cahuenga Ave.
Los Angeles, CA. 90028

Re.: The Sweat Shoppe Trademark

Dear Sir or Madam:

It has been brought to our attention that your company has been using the trademark "The Sweat Shoppe" in association with the marketing or sale of your products and services. Please be advised that "The Sweat Shoppe" is a registered trademark (U.S. Reg. No. 4,087,030) of our business (copy enclosed).

Our federal registration of this trademark provides us with certain proprietary rights. We are entitled to restrict the use of the trademark, or a confusingly similar trademark, in association with confusingly similar products or services.  Our trademark serves as an important and distinctive representation of our products and services, as well as the goodwill of our company. We, therefore, find it is imperative to protect it against any misrepresentation that may cause substantial harm to our business by facilitating the loss of the trademark's effectiveness.

Your unauthorized use of our federally registered trademark amounts to an infringement of our trademark rights, and therefore, we respectively request that you immediately cease and desist in any further use of "The Sweat Shoppe" in association with the marketing, sale, distribution, or identification of your products or services.

We understand that it is possible that you were unaware of this conflict. We therefore, request that you respond by letter assuring us of your immediate actions taken to cease and desist the use of the trademark "The Sweat Shoppe," or any confusingly similar trademark, within ten (10) calendar days of the receipt of this letter.

We hope that this issue may be amicably resolved so we may avoid any further legal remedies as provided by state law and the U.S. Trademark Act.

Sincerely,


Miriam Benzicron, Owner & Founder, The Sweat Shoppe

Enclosures: 1
Cc: Jaak Olesk, Attorney

29

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,087,030**

**Registered Jan. 17, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BENZICRON, MIRIAM (UNITED STATES INDIVIDUAL)
5120 WILLOWCREST AVE
NORTH HOLLYWOOD, CA 91601

FOR: PROVIDING PHYSICAL FITNESS AND EXERCISE 3; ...OR CYCLING INSTRUCTION, IN CLASS 41 (U.S. CLS. 100, 101 AN... ...).

FIRST USE 3-21-2011; IN COMMERCE 3-21-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHOPPE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED TEXT "THE SWEAT SHOPPE" INSIDE A CIRCLE DESIGN WITH THE LETTER "A" STYLIZED WITH A DESIGN OF A WATER DROP INSIDE.

SER. NO. 85-322,074, FILED 5-16-2011.

MARGERY A. TIERNEY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT "7"

31

LAW OFFICE OF RICHARD L. WEINER

27240 TURNBERRY LANE, SUITE 200
VALENCIA, CALIFORNIA 91355
TELEPHONE (661) 362-0860
FACSIMILE (661) 362-0861
WWW.RICHARDLWEINERLAW.COM

April 15, 2013

**FIRST CLASS MAIL, EMAIL**
**AND CERTIFIED MAIL, RETURN**
**RECEIPT REQUESTED**

Julian Ledesma
Individually, and on behalf of
The Sweat Shop LA
1503 North Cahuenga Blvd.
Los Angeles, California 90028

Shamina Alikhani
Individually, and on behalf of
The Sweat Shop LA
1503 North Cahuenga Blvd.
Los Angeles, California 90028

Re:  **FINAL CEASE AND DESIST DEMAND -**
**INFRINGMENT ON THE TRADEMARK OF THE SWEAT SHOPPE**

Dear Mr. Ledesma and Ms. Alikhani:

I am counsel for Miriam Benzicron (the "TM Owner"). The TM Owner is the owner of all right, title and interest in and to the Federally registered trademark of "The Sweat Shoppe", United States Patent and Trademark Office Registration Number 4,087,030, consisting of the stylized text "The Sweat Shoppe" inside of a circle design with the letter "A" stylized with a design of a water drop inside (hereinafter referred to as the "TM"; a second copy of the TM is enclosed as a courtesy, the first having been received by each of you on or about October 22, 2012).

The TM Owner has recently discovered that both of you have submitted an application with the United States Patent and Trademark Office seeking to wrongfully register as a trademark "The Sweat Shop L.A." knowing that the proposed trademark directly infringes on the TM. The proposed trademark of "The Sweat Shop LA" along with your logo for the business is in direct violation of TM Owner's exclusive rights as set forth in the Lanham (Trademark) Act, 15 United States Code §1127 et seq.

The TM Owner first used the TM in connection with operating a health and fitness studio on and before March 21, 2011 and filed her application with the United States Patent and Trademark Office on May 16, 2011.

In or about October 2012, the TM Owner discovered that you were both operating a health studio in close proximity to TM Owner's business location and that you were advertising and promoting your business with the same exact concept of "sweat", under the name of the "Sweat Shop L.A.", utilizing in the business logo a circle design with the design of a drop of water inside the circle.

32

LAW OFFICE OF
RICHARD L. WEINER

**FINAL CEASE AND DESIST DEMAND –
INFRINGMENT ON THE TRADEMARK OF THE SWEAT SHOPPE**

Julian Ledesma
Shamina Alikhani
Individually, and on behalf of The Sweat Shop LA
April 15, 2013
Page 2 of 3

There was and is no dispute that both of you copied the "sweat" feature, the business concept, the name and the logo of the TM Owner for purposes of using the good will, reputation and name of the TM and the TM Owner's business for your own personal gain and benefit, all to the detriment of the TM Owner and the TM.

On October 22, 2012, the TM Owner sent a letter addressed to each of you, providing you a copy of the TM, informing both of you that the operation of your business under the name "The Sweat Shop L.A." directly infringed on the TM and demanded that you immediately cease and desist (a duplicate copy of the letter you both received in October 2012 is enclosed as a courtesy for your reference).

Unbeknownst to the TM Owner, both of you completely ignored the cease and desist letter and on December 20, 2012, knowingly, intentionally and maliciously filed an application with the Unites States Patent and Trademark Office for the name "The Sweat Shop L. A." We are informed and believe that both of you have continued, to and including the present, to market, advertise and operate your business in disregard and in violation of the TM.

You both have engaged in conduct in connection with marketing, advertising and operating of your business that has in fact caused confusion in the marketplace and directly infringed on the TM.

Demand is hereby made that both of you, individually and on behalf of The Sweat Shop L.A., and all individuals or entities working on behalf of and/or in concert with each of you:

1. Cease and desist within ten (10) days of the date of this letter from interfering and infringing with the TM, including but not limited to, cease advertising, marketing, and operating under the name "The Sweat Shop L.A." or any similar type name, as well as cease and desist from using in the business logo a circle with the design of a drop of water inside of the circle, or any similar type design;

2. Withdraw your application for a Trade Mark registration under the name "The Sweat Shop L.A. within ten (10) days of the date of this letter; and

3. Provide this office with documents confirming the withdrawal of the application and evidence that you have ceased infringement on the TM as set forth above, within ten (10) days of the date of this letter.

33

LAW OFFICE OF
RICHARD L. WEINER

**FINAL CEASE AND DESIST DEMAND –**
**INFRINGMENT ON THE TRADEMARK OF THE SWEAT SHOPPE**

Julian Ledesma
Shamina Alikhani
Individually, and on behalf of The Sweat Shop LA
April 15, 2013
Page 3 of 3

Please be advised that if you each fail and refuse to comply by the time frame set forth above, the TM Owner shall oppose your application if necessary and proceed will all available remedies at law against you both, jointly and severally, including but not limited to, seeking actual damages, treble damages pursuant to 15 U.S.C. §1117(a) and attorney fees on the grounds that each of your conduct is extraordinary, malicious, fraudulent and deliberate.

**THIS LETTER IS SENT AS A FINAL ATTEMPT TO AVOID LITIGATION,**
**THE COST OF WHICH YOU BOTH SHALL BEAR.**

This letter is not intended nor shall it be construed as a complete statement of all of the TM Owner's rights, remedies, claims or causes of action in connection with the above referenced matters, nor as a waiver of any rights or remedies, all of which are expressly reserved.

All communication regarding this matter shall be directed to the undersigned.

Very truly yours,

LAW OFFICE OF
RICHARD L. WEINER

RICHARD L. WEINER

Enclosures
cc:  Miriam Benzicron
     The Sweat Shoppe

34

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,087,030**

**Registered Jan. 17, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BENZICRON, MIRIAM (UNITED STATES INDIVIDUAL)
5120 WILLOWCREST AVE
NORTH HOLLYWOOD, CA 91601

FOR: PROVIDING PHYSICAL FITNESS AND EXERCISE S.                     OR
CYCLING INSTRUCTION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-21-2011; IN COMMERCE 3-21-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHOPPE", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED TEXT "THE SWEAT SHOPPE" INSIDE A CIRCLE
DESIGN WITH THE LETTER "A" STYLIZED WITH A DESIGN OF A WATER DROP INSIDE.

SER. NO. 85-322,074, FILED 5-16-2011.

MARGERY A. TIERNEY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

35

The Sweat Shoppe Group, LLC
11049 Magnolia Boulevard Suite 101
North Hollywood, CA 91601

October 22, 2012

The Sweat Shop LA
Attn.: Shamina and Julian Ledesma
1503 North Cahuenga Ave.
Los Angeles, CA. 90028

Re.: The Sweat Shoppe Trademark

Dear Sir or Madam:

It has been brought to our attention that your company has been using the trademark "The Sweat Shoppe" in association with the marketing or sale of your products and services. Please be advised that "The Sweat Shoppe" is a registered trademark (U.S. Reg. No. 4,087,030) of our business (copy enclosed).

Our federal registration of this trademark provides us with certain proprietary rights. We are entitled to restrict the use of the trademark, or a confusingly similar trademark, in association with confusingly similar products or services.  Our trademark serves as an important and distinctive representation of our products and services, as well as the goodwill of our company. We, therefore, find it is imperative to protect it against any misrepresentation that may cause substantial harm to our business by facilitating the loss of the trademark's effectiveness.

Your unauthorized use of our federally registered trademark amounts to an infringement of our trademark rights, and therefore, we respectively request that you immediately cease and desist in any further use of "The Sweat Shoppe" in association with the marketing, sale, distribution, or identification of your products or services.

We understand that it is possible that you were unaware of this conflict. We therefore, request that you respond by letter assuring us of your immediate actions taken to cease and desist the use of the trademark "The Sweat Shoppe," or any confusingly similar trademark, within ten (10) calendar days of the receipt of this letter.

We hope that this issue may be amicably resolved so we may avoid any further legal remedies as provided by state law and the U.S. Trademark Act.

Sincerely,


Miriam Benzicron, Owner & Founder, The Sweat Shoppe

Enclosures: 1
Cc: Jaak Olesk, Attorney

36