# UNITED STATES DISTRICT COURT
for the

__CENTRAL__ District of __CALIFORNIA__

MIRIAM BENZICRON )
)
)
)
_____ )
Plaintiff(s) )
v. )   Civil Action No. **CV 13-04537-CAS (MRW)**
)
JULIAN LEDESMA, an Individual doing )
business as The Sweat Shop, The Sweat )
Shop L.A. and/or Sweat Shop;[see )
attached] )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Julian Ledesma, an Individual, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop,1503 N. Cahuenga Blvd., Los Angeles, CA. 90028;
Shamina Alikhani,an Individual, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop, 1503 N. Cahuenga Blvd., Los Angeles, CA. 90028;
The Sweat Shop Group, LLC, a California Limited Liability Company, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop,5120 Willowcrest Ave., North Hollywood, CA. 91601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RICHARD L. WEINER, LAW OFFICE OF RICHARD L. WEINER, 27240 TURNBERRY LANE, SUITE 200, VALENCIA, CALIFORNIA 91355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: __JUN 21 2013__                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO-440

SHAMINA ALIKHANI, an Individual, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop; THE SWEAT SHOP GROUP, LLC, a California Limited Liability Company, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop,

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                 _____
                                                *Server's signature*

                                        _____
                                          *Printed name and title*

                                        _____
                                             *Server's address*

Additional information regarding attempted service, etc: