NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Richard L. Weiner
Law Office of Richard L. Weiner  SBN
27240 Turnberry Lane
Suite 200
Valencia, California  91355
(661) 362-0860
ATTORNEYS FOR: PLAINTIFF MIRIAM BENZICRON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MIRIAM BENZICRON

v.

JULIAN LEDESMA, an Individual, et al.

Plaintiff(s),

Defendant(s)

CASE NUMBER:

CV13-04537

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Miriam Benzicron
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| Miriam Benzicron | Plaintiff |
| The Sweat Shoppe Group, LLC | Entity associated with Plaintiff |
| Shamina Alikhani | Defendant |
| The Sweat Shop Group, LLC | Defendant |
| Julian Ledesma | Defendant |

June 20, 2013
Date

Sign

Plaintiff Miriam Benzicron
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES                    CCDCV30