| | |
|---|---|
| 1 | Richard L. Weiner (State Bar No. 123243) |
| 2 | LAW OFFICE OF RICHARD L. WEINER<br>27240 Turnberry Lane, Suite 200 |
| 3 | Valencia, California 91355 |
| 4 | Telephone No.:  (661) 362-0860<br>Facsimile No.:    (661) 362-0861 |
| 5 | Attorneys for Plaintiff Miriam Benzicron |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | MIRIAM BENZICRON, | CASE NO.: 2:13-CV-04537-CAS-MRW |
| 11 | Plaintiff, | PROOF OF SERVICE OF NOTICE TO COUNSEL |
| 12 | vs. | |
| 14 | JULIAN LEDESMA, an Individual, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop; SHAMINA ALIKHANI, an Individual, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop; THE SWEAT SHOP GROUP, LLC, a California Limited Liability Company, doing business as The Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop, | HON. CHRISTINA A. SNYDER |
| 23 | Defendants. | |

///

PROOF OF SERVICE OF NOTICE TO COUNSEL

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 27240 Turnberry Lane, Suite 200, Valencia, California 91355.

    On July 12, 2013, I served the NOTICE OF COUNSEL to the interested parties in this action listed on the attached page, as follows:

( X ) (By Mail) I caused such envelopes addressed to the interested parties as reflected on the attached page with postage thereon fully prepaid to be placed in the U.S. mail at Valencia, California. I deposited the envelopes with the U.S. postal service on that same day in the ordinary course of business.

( ) (By Facsimile) The parties were served the foregoing document via facsimile transmission on said date.

    Executed on July 12, 2013 at Valencia, California.

    I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the above is true and correct.

_____
Richard L. Weiner

**PARTIES SERVED:**

Julian Ledesma
1503 N. Cahuenga Blvd.
Los Angeles, California 90028

Shamina Alikhani
1503 N. Cahuenga Blvd.
Los Angeles, California 90028

The Sweat Shop Group, LLC
1503 N. Cahuenga Blvd.
Los Angeles, California 90028

PROOF OF SERVICE OF NOTICE TO COUNSEL
3