AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* The Sweat Shop Group, LLC a California Limited Liability Company, doing business as the the Sweat Shop
was received by me on *(date)* 6/26/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Given address was vacant; empty inside ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ 0.00 for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/3/2013

_____
*Server's signature*

Joe Crawford - Registered California Process Server
*Printed name and title*

201 S. Figueroa St #100, Los Angeles, CA 90012
*Server's address*

Additional information regarding attempted service. etc:

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Weiner, Richard<br>27240 Turnberry Lane, #200<br>Valencia, CA 91355<br>TELEPHONE NO.: 661 362-0860   FAX NO. *(Optional)*: 661 362-0861<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: BENZICRON | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 312 N. SPRING STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER:<br>CV13-04537-CAS(MRWx) |
| DEFENDANT/RESPONDENT: LEDESMA | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>SWEAT SHOPPE |

I declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
 **Summons in A Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery; Notice to Parties of Court-directed Adr Program**

I attempted to serve   **THE SWEAT SHOP GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, DOING BUSINESS AS THE SWEAT SHOP,**
at the address of   **6821 FOUNTAIN AVE, WEST HOLLYWOOD, Los Angeles County, CA 90028**

and was unable to effect service for the following reasons:
 **6/29/2013 8:20 AM: Vacant property, empty inside**

Fee for service: $

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Joe Crawford**
201 South Figueroa Street, Suite 100, Los Angeles, CA 90012
213-621-9999
Los Angeles, #6011

Contractor for: **ABC Legal Services, Inc.**
Registration #: 6779
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:  7/3/2013

_____
**Joe Crawford**
(PRINTED NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

Page 1 of 1

**DECLARATION OF NON SERVICE**

Order No. 7880534 LAX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* The Sweat Shop Group, LLC a California limited Liability Company, doing Business as the Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop

was received by me on *(date)* 7/3/2013

[ ] I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Kati Zachary - Receptionist , who is

designated by law to accept service of process on behalf of *(name of organization)* The Sweat Shop Group, LLC, a California Limited Liability Company, doing Business as the Sweat Shop, The Sweat Shop L.A. and/or Sweat Shop on *(date)* 7/5/2013 ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*


My fees are $ _____ for travel and $ 40.00 for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Joe Crawford - registered California Process Server
*Printed name and title*

201 S. Figueroa St #100, Los Angeles, CA 90012
*Server's address*

Additional information regarding attempted service, etc:

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Weiner, Richard<br>27240 Turnberry Lane, #200<br>Valencia, CA 91355<br>TELEPHONE NO.: 661 362-0860   FAX NO. *(Optional)*: 661 362-0861<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: BENZICRON | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 312 N. SPRING STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER:<br>CV13-04537-CAS(MRWx) |
| DEFENDANT/RESPONDENT: LEDESMA | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>SWEAT SHOPPE |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery; Notice to Parties of Court-directed Adr Program

3. a. Party served *(specify name of party as shown on documents served)*:
      THE SWEAT SHOP GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, DOING BUSINESS AS THE SWEAT SHOP, THE SWEAT SHOP L.A. AND/OR SWEAT SHOP
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      JULIAN LEDESMA, Registered Agent

4. Address where the party was served:
   1503 N CAHUENGA Boulevard, LOS ANGELES, CA 90028

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:       (2) at *(time)*:
   b. [ X ] **by substituted service.** On *(date)*: 7/5/2013   (2) at *(time)*: 11:35 AM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Kati Zachary - Receptionist, EMPLOYEE, a brown-haired white female approx. 25-35 years of age, 5'-5'4" tall and weighing 80-120 lbs.
      (1) [ X ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       or [ X ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure. § 417.10

Order No. 7880534 LAX

| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LEDESMA | CV13-04537-CAS(MRWx) |

    c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1) on *(date)*:       (2) from *(city)*:
        (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
        (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
    d. [ ] **by other means** *(specify means of service and authorizing code section)*:

      [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify)*:
    c. [ ] as occupant
    d. [X] On behalf of *(specify)*: **THE SWEAT SHOP GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, DOING BUSINESS AS THE SWEAT SHOP, THE SWEAT SHOP L.A. AND/OR SWEAT SHOP**
        under the following Code of Civil Procedure section:

        [X] 416.10 (corporation)                       [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)              [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)        [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)                       [ ] 415.46 (occupant)
                                                           [ ] other

7. **Person who served papers**
    a. Name:                      **Joe Crawford**
    b. Address:                **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
    c. Telephone number:     **213-621-9999**
    d. The fee for service was: **$40.00**
    e. I am:
        (1) [ ] not a registered California process server.
        (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
        (3) [X] registered California process server:

            (i) [ ] owner     [ ] employee     [X] independent contractor     For:     **ABC Legal Services, Inc.**
            (ii) [X] Registration No.:  **6011**                           Registration #: **6779**
            (iii) [X] County:        **Los Angeles**                           County:     **Los Angeles**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **7/5/2013**

                **Joe Crawford**
      (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                   (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2



Order No. 7880534 LAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>**Weiner, Richard**<br>**27240 Turnberry Lane, #200**<br>**Valencia, CA 91355**<br>TELEPHONE NO.: **661 362-0860**   FAX NO. (Optional): **661 362-0861**<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **BENZICRON** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: **312 N. SPRING STREET**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **LOS ANGELES 90012**<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **BENZICRON** | CASE NUMBER:<br>**CV13-04537-CAS(MRWx)** |
| DEFENDANT/RESPONDENT: **LEDESMA** | |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>**SWEAT SHOPPE** |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on **July 5th, 2013**, after substituted service was made, I mailed the following documents: **Summons in A Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery; Notice to Parties of Court-directed Adr Program** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA**.

That I addressed the envelope as follows:

> THE SWEAT SHOP GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, DOING
> BUSINESS AS THE SWEAT SHOP, THE SWEAT SHOP L.A. AND/OR SWEAT SHOP
> 1503 N CAHUENGA Boulevard
> LOS ANGELES, CA 90028

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on **July 5th, 2013** at Sacramento, CA.

*/s/ Russell Duane*

Declarant **Russell Duane**, Reg. # 2012-47, Sacramento, CA

BY FAX

Order No. 7880534 LAX