| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Weiner, Richard<br>27240 Turnberry Lane, #200<br>Valencia, CA 91355<br>TELEPHONE NO.: 661 362-0860    FAX NO. (Optional): 661 362-0861<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): BENZICRON | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 312 N. SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES 90012
BRANCH NAME:

| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER:<br>CV13-04537-CAS(MRWx) |
|---|---|
| DEFENDANT/RESPONDENT: LEDESMA | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>SWEAT SHOPPE |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery; Notice to Parties of Court-directed Adr Program

3. a. Party served *(specify name of party as shown on documents served)*:
      SHAMINA ALIKHANI, AN INDIVIDUAL DOING BUSINESS AS THE SWEAT SHOP, THE SWEAT SHOP L.A. AND/OR SWEAT SHOP
   b. [  ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   THE SWEAT SHOP LA, 1503 N CAHUENGA Boulevard, LOS ANGELES, CA 90028

5. I served the party *(check proper box)*
   a. [  ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:      (2) at *(time)*:
   b. [ X ] **by substituted service.** On *(date)*: 7/8/2013  (2) at *(time)*: 12:31 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Isabel Herrman - Receptionist, EMPLOYEE, a blonde-haired white female approx. 18-25 years of age, 5'-5'4" tall and weighing 80-120 lbs.
      (1) [ X ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       or [ X ] a declaration of mailing is attached.
      (5) [ X ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 7880535 LAX

| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LEDESMA | CV13-04537-CAS(MRWx) |

   c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date):*     (2) from *(city):*
      (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
      (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
   d. [ ] **by other means** *(specify means of service and authorizing code section):*

     [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
         [ ] 416.10 (corporation)                      [ ] 415.95 (business organization, form unknown)
         [ ] 416.20 (defunct corporation)             [ ] 416.60 (minor)
         [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
         [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
         [ ] 416.50 (public entity)                   [ ] 415.46 (occupant)
                                                        [ ] other

7. **Person who served papers**
   a. Name:                      **Joe Crawford**
   b. Address:                **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
   c. Telephone number:     **213-621-9999**
   d. The fee for service was:  **$59.50**
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [X] registered California process server:

       (i) [ ] owner   [ ] employee   [X] independent contractor     For:     **ABC Legal Services, Inc.**
       (ii) [X] Registration No.: **6011**                              Registration #: **6779**
       (iii) [X] County:     **Los Angeles**                        County:     **Los Angeles**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **7/8/2013**

                      **Joe Crawford**
        (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

POS-010 [Rev. January 1, 2007]                                                                                              Page 2 of 2



**PROOF OF SERVICE OF SUMMONS**                  Order No. 7880535 LAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Weiner, Richard<br>27240 Turnberry Lane, #200<br>Valencia, CA 91355<br>　　TELEPHONE NO.: 661 362-0860　　FAX NO. (Optional): 661 362-0861<br>　EMAIL ADDRESS (Optional):<br>　ATTORNEY FOR (Name): BENZICRON | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>　STREET ADDRESS: 312 N. SPRING STREET<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: LOS ANGELES 90012<br>　BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER:<br>**CV13-04537-CAS(MRWx)** |
| DEFENDANT/RESPONDENT: LEDESMA | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**SWEAT SHOPPE** |

Party to Serve:
SHAMINA ALIKHANI, AN INDIVIDUAL DOING BUSINESS AS THE SWEAT SHOP, THE SWEAT SHOP L.A. AND/OR SWEAT SHOP

Documents:
Summons in A Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery; Notice to Parties of Court-directed Adr Program

Service Address:
THE SWEAT SHOP LA, 1503 N CAHUENGA Boulevard, LOS ANGELES, CA 90028

I declare the following attempts were made to effect service by personal delivery:
7/2/2013 10:25 AM: Per DIANE KLEIN - ASSISTANT, PERSON IN CHARGE, a brown-haired white female contact approx. 25-35 years of age, 5'4"-5'8" tall and weighing 120-160 lbs; subject not available at this time.
7/3/2013 12:28 PM: Per BRANDIE HOLMES - FRONT DESK, EMPLOYEE, a brown-haired white female contact approx. 18-25 years of age, 5'-5'4" tall and weighing 120-160 lbs; subject not available at this time.
7/5/2013 11:35 AM: Per KATI ZACHARY - RECEPTIONIST, EMPLOYEE, a brown-haired white female contact approx. 25-35 years of age, 5'-5'4" tall and weighing 80-120 lbs; subject not available at this time.

Person who served papers:
Joe Crawford
201 South Figueroa Street, Suite 100, Los Angeles, CA 90012
213-621-9999

I am a registered California process server
　Registration No.: 6011
　County: Los　　　Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/8/2013

|  |  |
|---|---|
| 　　　　**Joe Crawford**<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | <br>(SIGNATURE) |



Order No. 7880535 LAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Weiner, Richard<br>27240 Turnberry Lane, #200<br>Valencia, CA 91355<br>TELEPHONE NO.: 661 362-0860   FAX NO. (Optional): 661 362-0861<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): BENZICRON | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 312 N. SPRING STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BENZICRON | CASE NUMBER:<br>CV13-04537-CAS(MRWx) |
| DEFENDANT/RESPONDENT: LEDESMA | |
| DECLARATION OF MAILING | Ref. No. or File No.:<br>SWEAT SHOPPE |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on **July 8th, 2013**, after substituted service was made, I mailed the following documents: **Summons in A Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery; Notice to Parties of Court-directed Adr Program** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA**.

That I addressed the envelope as follows:

**SHAMINA ALIKHANI, AN INDIVIDUAL DOING BUSINESS AS THE SWEAT SHOP, THE SWEAT SHOP L.A. AND/OR SWEAT SHOP**
**THE SWEAT SHOP LA**
**1503 N CAHUENGA Boulevard**
**LOS ANGELES, CA 90028**

BY FAX

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on **July 8th, 2013** at Sacramento, CA.

*[signature]*

Declarant **Russell Duane**, Reg. # 2012-47, Sacramento, CA



Order No. 7880535 LAX