1  Richard L. Weiner  SBN: 123243
2  Law Office of Richard L. Weiner
   27240 Turnberry Lane, Suite 200
3  Valencia, California  91355
4  rweiner@richardlweinerlaw.com

5  Telephone:  (661) 362-0860
   Facsimile:    (661) 362-0861
6

7  Attorneys for Plaintiff and
   Cross-Defendant Miriam Benzicron
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12

| MIRIAM BENZICRON, | ) | **CASE NO.  2:13-cv-04537-CAS-MRW** |
|---|---|---|
|  | ) | **[ASSIGNED TO HONORABLE** |
| Plaintiff, | ) | **CHRISTINA A. SNYDER, U.S.** |
|  | ) | **DISTRICT JUDGE]** |
| vs. | ) |  |
|  | ) |  |
| JULIAN LEDESMA, an Individual, | ) | **ORDER OF FOR DISMISSAL OF** |
| doing business as The Sweat Shop, | ) | **ENTIRE ACTION WITH** |
| The Sweat Shop L.A. and/or Sweat | ) | **PREDJUICE WITH THE COURT** |
| Shop; SHAMINA ALIKHANI, an | ) | **RETAINING JURISDICTION TO** |
| Individual, doing business as The | ) | **ENFORCE THE SETTLEMENT** |
| Sweat Shop, The Sweat Shop L.A. | ) |  |
| and/or Sweat Shop; THE SWEAT | ) |  |
| SHOP GROUP, LLC, a California | ) |  |
| Limited Liability Company, doing | ) |  |
| business as The Sweat Shop, The | ) |  |
| Sweat Shop L.A. and/or Sweat | ) |  |
| Shop, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

1     **WHEREAS**, on September 23, 2014, in the Courtroom of the Honorable Michael R. Wilner, Magistrate Judge of the United States District Court for the Central District of California, Plaintiff and Cross-Defendant Miriam Benzicron (referred to herein as "Plaintiff"), on the one hand, and Julian Ledesma, Shamin Alikhani Ledesma, also known as Shamina Alikhani, and The Sweat Shop Group, LLC (Collectively referred to herein as "Defendants"), on the other hand, entered into a settlement of the entire action on the record with parties present (the "Settlement");

    **WHEREAS**, the Settlement further provides for the above captioned action to be dismissed with prejudice subject to this Court retaining jurisdiction to enforce the terms and conditions of the Settlement;

    **WHEREAS,** Plaintiff and Defendants, by and through their attorneys of record, have filed the "STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREDJUICE WITH THE COURT RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT,"

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby dismissed in its entirety with prejudice, with this Court retaining jurisdiction to enforce the terms and conditions of the Settlement by all parties.

DATED: October 16, 2014

_____
Honorable Christina A. Snyder
Judge of the United States District Court for the Central District of California